DUFFY & ATKINS LLP
Seven Penn Plaza, Suite 420
New York, New York 10001
Todd E. Duffy (TD 9863)
James E. Atkins (JA 4922)

*Attorneys for Debtor Anthony Ceraolo*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:

ANTHONY CERAOLO,

          Debtor.

Chapter 7

Case No. 07-22197 (ASH)

----------------------------------------------------------------x

## NOTICE OF APPEAL

Anthony Ceraolo, the debtor in the above-captioned bankruptcy case (the "Debtor"), pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002(a) of the Federal Rules of Bankruptcy Procedure, appeal from the Order granting the Motion Approving Settlement of the Trustee's Claim signed on July 26, 2007 and entered on the docket on July 31, 2007 as Docket No. 26 (the "Order").

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Appellant** | **Represented By** |
|---|---|
| Anthony Ceraolo | Todd E. Duffy, Esq.<br>Duffy & Atkins LLP<br>Seven Penn Plaza, Suite 420<br>New York, New York 10001<br>Telephone (212) 268-2685 |

| **Appellee** | **Represented By** |
|---|---|
| Mark S. Tulis<br>Chapter 7 Trustee | Mark S. Tulis, Esq.<br>Oxman Tulis Kirkpatrick Whyatt & Geiger<br>120 Bloomingdale Road<br>White Plains, NY 10605<br>Telephone: (914) 422-3900 |

| **Interested Parties** | **Represented By** |
|---|---|
| Janet Rivera | Jeffery A. Reich, Esq.<br>Reich Reich & Reich, P.C.<br>175 Main Street<br>Ste 300<br>White Plains, NY 10601<br>Telephone: (914)949-2126 |
| Walter Sakow | Elliot Schnapp, Esq.<br>Gordon, Gordon & Schnapp, P.C.<br>437 Madison Avenue<br>39th Floor<br>New York, NY 10022<br>Telephone: (212) 355-3200 |

Dated: New York, New York
      August 3, 2007

DUFFY & ATKINS LLP

By: /s/ Todd E. Duffy
    Todd E. Duffy (TD 9863)
    James E. Atkins (JA 4922)
Seven Penn Plaza, Suite 420
New York, New York 10001
Tel: (212) 268-2685
Fax: (212) 500-7972

Attorneys for Debtor Anthony Ceraolo