UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY CERAOLO,

                                  07 Cv. 8400 (CLB)

                     Appellant,

                                CLERK'S SCHEDULING
                                    NOTICE

       -against-

TRUSTEE MARK S. TULIS,

                   Appellees.
------------------------------------------------------------x

Brieant, J.

      The above-entitled Bankruptcy Appeal has been assigned to the Hon. Charles L. Brieant, U.S.D.J., for all purposes. The appeal was docketed in the District Court on September 27, 2007.

      The attention of all counsel is directed to Rule 8009 of the Federal Bankruptcy Rules, which provide for the dates within which briefs are to be served and filed. That Rule shall be adhered to.

      This Court will hear oral argument on the appeal on Tuesday, January 15, 2008 at 9:00 A.M. at 300 Quarropas Street, White Plains, NY, Courtroom 218. That date shall *not* be changed except upon application to the Court on notice for good cause shown.

SO ORDERED.

Dated: White Plains, NY
       October 30, 2007

                                                      _____
                                                      Charles L. Brieant, U.S.D.J.

**ECF NOTIFICATION**