# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

      PAULA CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

On Monday, November 12, 2007, I served the within **BRIEF OF APPELLEE MARK S. TULIS, CHAPTER 7 TRUSTEE OF ANTHONY CERAOLO, DEBTOR** upon:

    Duffy & Atkins
    Seven Penn Plaza
    Suite 420
    New York, New York 10001

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                Paula Chablal

Sworn to before me this
12th day of November, 2007

_____
Notary Public

                GREGORY J. SPAUN
      NOTARY PUBLIC, State of New York
              No. 02SP6054146
       Qualified in Westchester County
       Commission Expires 1/29/20