DUFFY & ATKINS LLP
Seven Penn Plaza, Suite 420
New York, New York 10001
Todd E. Duffy (TD 9863)
James E. Atkins (JA 4922)
Dennis J. Nolan (DN 0853)
*Attorneys for Appellant Anthony Ceraolo*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

ANTHONY CERAOLO,

    Debtor.

Chapter 7

Case No. 07-22197 (ASH)

-----------------------------------------------------------------x
-----------------------------------------------------------------x

In re:

ANTHONY CERAOLO,

    Appellant.

Civil Case No. 07-cv-8400 (CLB)

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

  I, Dennis J. Nolan, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed to practice in the State and Federal Courts of New York, and that on November 29, 2007, I caused a true and correct copy of Appellant's Reply Brief to be served via Federal Express upon the following:

Mark S. Tulis, Esq.
Oxman Tulis Kirkpatrick Whyatt & Geiger
120 Bloomingdale Road
White Plains, NY 10605
Telephone: (914) 422-3900

Dated: November 29, 2007
    New York, New York

               /s/ Dennis J. Nolan
               Dennis J. Nolan