UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:
    ANTHONY CERAOLO,

            Appellant.

07 Civil 8400 (CLB)

JUDGMENT

Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J. and the Court thereafter on February 14, 2008, having handed down its memorandum and order, affirming the decision of the Bankruptcy Court that the debtor in this action has not standing to object to the Application, and having concluded that the bankruptcy court had the authority to approve of the trustee's settlement with the debtor's wife, this Court finds no reason to believe that the bankruptcy court's approval of the settlement as reasonable was clearly erroneous. The order appealed from is affirmed, it is,

**ORDERED, ADJUDGED AND DECREED:** That the appeal be and it is hereby dismissed.

Dated: White Plains, New York
       February 19, 2008

                                      J. Michael McMahon
                                          Clerk

i:/judgment/ceraolo.400

E.O.D.